979 So.2d 1122 (2008)
Frank JOHNSON, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D08-421.
District Court of Appeal of Florida, Third District.
April 9, 2008.
Frank Johnson, in proper person.
Bill McCollum, Attorney General, for appellee.
Before SHEPHERD and SUAREZ, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See § 921.231, Fla. Stat. (2005); Huntley v. State, 339 So.2d 194 (Fla.1976); Gibbs v. Wainwright, 303 So.2d 7 (Fla.1974); Shaw v. State, 780 So.2d 188 (Fla. 2d DCA 2001).